# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| APPGATE, INC., *et al.*,[1] | ) Case No. 24-10956 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF *THIRD AMENDED* AGENDA OF
## MATTERS SCHEDULED FOR HEARING ON JUNE 17, 2024, AT 1:00 P.M.
## (EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT

> **This proceeding will be conducted in person.**
> **The hearing will be held on the 3rd Floor in Courtroom No. 7.[2]**
>
> **Please refer to Judge Goldblatt's Chambers Procedures
> (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website
> (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed
> participation (video or audio), Judge Goldblatt's expectations of remote participants, and the
> advance registration requirements. Registration is required by one-hour prior to the hearing
> unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**MATTERS WITH CERTIFICATES OF NO OBJECTION OR CERTIFICATIONS OF COUNSEL**

1. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Debtor Bank Accounts and Business Forms, and (D) Continue Intercompany Transactions, and (II) Granting Related Relief (Filed May 6, 2024) [Docket No. 6]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Appgate, Inc. (7231); Appgate Cybersecurity, Inc. (5215); Cryptzone Worldwide, Inc. (3539); Cryptzone International Holdings, Inc. (6133); Cryptzone North America, Inc. (6777); Immunity, Inc. (3955); Immunity Federal Services, LLC (9722); Immunity Products, LLC (9570); Immunity Services, LLC (9647); Easy Solutions Enterprises Corp. (1954); Catbird Networks, Inc. (6028); and Easy Solutions, Inc. (0401). The location of the Debtors' service address is: 2 Alhambra Plaza, Suite PH–1–B, Coral Gables, Florida 33134.

[2] **The agenda was amended to include the Courtroom location.**

Related Document(s):

 (a) Amended Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief (Entered May 15, 2024) [Docket No. 82]

 (b) Second Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief (Entered May 28, 2024) [Docket No. 105]

 (c) Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Debtor Bank Accounts and Business Forms, and (D) Continue Intercompany Transactions, and (II) Granting Related Relief (Filed June 11, 2024) [Docket No. 122]

 (d) Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Debtor Bank Accounts and Business Forms, and (D) Continue Intercompany Transactions, and (II) Granting Related Relief (Entered June 12, 2024) [Docket No. 125]

Objection Deadline: June 10, 2024, at 4:00 p.m. (prevailing Eastern Time)

Response(s) Received:

 (a) Informal response from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

Status: The Court entered the final order. This matter will not be going forward.

2. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed May 6, 2024) [Docket No. 17]

Related Document(s):

    (a)    Declaration of Adam Waldman in Support of the Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed May 6, 2024) [Docket No. 18]

    (b)    Declaration of Thomas Studebaker in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed May 6, 2024) [Docket No. 19]

    (c)    Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Entered May 8, 2024) [Docket No. 66]

    (d)    Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (Filed June 5, 2024) [Docket No. 117]

    (e)    Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief (Filed June 11, 2024) [Docket No. 123]

    (f)    Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Providing Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief (Entered June 5, 2024) [Docket No. 126]

Objection Deadline:    May 22, 2024, at 4:00 p.m. (prevailing Eastern Time), extended until June 11, 2024, at 12:00 p.m. (prevailing Eastern Time) for the U.S. Trustee

Response(s) Received:

 (a) Informal response from the U.S. Trustee

Status: The Court entered the final order.  This matter will not be going forward.

3. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 6, 2024 (Filed May 24, 2024) [Docket No. 95]

   Related Document(s):

    (a) First Supplemental Declaration of Christopher Marcus in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 6, 2024 (Filed June 12, 2024) [Docket No. 131]

    (b) Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 6, 2024 (Filed June 12, 2024) [Docket No. 132]

    (c) Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of May 6, 2024 (Entered June 13, 2024) [Docket No. 138]

   Objection Deadline: June 7, 2024, at 4:00 p.m. (prevailing Eastern Time)

   Response(s) Received:

    (a) Informal response from the U.S. Trustee

   Status: The Court entered the order.  This matter will not be going forward.

4. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date (Filed May 24, 2024) [Docket No 96]

   Related Document(s):

    (a) Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date (Filed June 12, 2024) [Docket No 127]

      (b)      Order Authorizing the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel for the Debtors Effective as of the Petition Date (Entered June 13, 2024) [Docket No 134]

Objection Deadline:   June 7, 2024, at 4:00 p.m. (prevailing Eastern Time)

Response(s) Received:

      (a)      Informal response from the U.S. Trustee

Status:      The Court entered the order. This matter will not be going forward.

5. Debtors' Application Pursuant to 11 U.S.C. §§ 327 and 328(A), Fed. R. Bankr. P. 2014 and 5002, and Local Rule 2014-1 and for Entry of an Order (I) Authorizing Retention and Employment of Grant Thornton LLP to Provide Tax Services to the Debtors Effective as of the Petition Date and (II) Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 (Filed May 24, 2024) [Docket No. 97]

Related Document(s):

      (a)      Certification of Counsel Regarding Debtors' Application Pursuant to 11 U.S.C. §§ 327 and 328(A), Fed. R. Bankr. P. 2014 and 5002, and Local Rule 2014-1 and for Entry of an Order (I) Authorizing Retention and Employment of Grant Thornton LLP to Provide Tax Services to the Debtors Effective as of the Petition Date and (II) Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 (Filed June 12, 2024) [Docket No. 129]

      (b)      Order (I) Authorizing Retention and Employment of Grant Thornton LLP to Provide Tax Services to the Debtors Effective as of the Petition Date and (II) Waiving Certain Time-Keeping Requirements of Local Rule 2016-2 (Entered June 13, 2024) [Docket No. 136]

Objection Deadline:  June 7, 2024, at 4:00 p.m. (prevailing Eastern Time), extended until June 11, 2024, for the U.S. Trustee

Response(s) Received:

      (a)      Informal response from the U.S. Trustee

Status:      The Court entered the order. This matter will not be going forward.

6. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor, Effective as of the Petition Date (Filed May 24, 2024) [Docket No. 98]

Related Document(s):

 (a) Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor, Effective as of the Petition Date (Filed June 12, 2024) [Docket No. 130]

 (b) Order Authorizing the Employment and Retention of Donlin, Recano & Company, Inc. as Administrative Advisor, Effective as of the Petition Date (Entered June 13, 2024) [Docket No. 137]

Objection Deadline: June 7, 2024, at 4:00 p.m. (prevailing Eastern Time), extended until June 11, 2024, for the U.S. Trustee

Response(s) Received:

 (a) Informal response from the U.S. Trustee

Status: The Court entered the order. This matter will not be going forward.

7. Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Time-keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief (Filed May 25, 2024) [Docket No. 99]

Related Document(s):

 (a) Certification of Counsel Regarding Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Time-keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief (Filed June 12, 2024) [Docket No. 128]

 (b) Order (I) Authorizing the Retention and Employment of Triple P RTS, LLC as Restructuring Advisor and Triple P Securities, LLC as Investment Banker for the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Time-keeping Requirements of Local Rule 2016-2, and (III) Granting Related Relief (Entered June 13, 2024) [Docket No. 135]

Objection Deadline: June 7, 2024, at 4:00 p.m. (prevailing Eastern Time), extended until June 11, 2024, for the U.S. Trustee

Response(s) Received:

 (a) Informal response from the U.S. Trustee

Status: The Court entered the order. This matter will not be going forward.

**MATTER GOING FORWARD**

8. Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed May 6, 2024) [Docket No. 15]

    Related Document(s):

    (a) Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed May 6, 2024) [Docket No. 16]

    (b) Declaration of Lisa C. Terry Regarding the Solicitation and Tabulation of Votes on the Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed May 6, 2024) [Docket No. 24]

    (c) Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Approving Related Dates, Notices, and Procedures, (III) Approving the Solicitation Procedures and Related Dates, Deadlines, and Notices, (IV) Conditionally Waiving the Requirements that (A) The U. S. Trustee Convenes a Meeting of Creditors and (B) The Debtors File Schedules and SOFAs and Rule 2015.3 Financial Reports, and (V) Granting Related Relief (Entered May 9, 2024) [Docket No. 67]

    (d) Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Cases, (II) Hearing on the Disclosure Statement, Confirmation of the Joint Prepackaged Chapter 11 Plan, and Related Matters, and (III) Objection Deadlines and Summary of the Debtors' Joint Prepackaged Chapter 11 Plan (Filed May 9, 2024) [Docket No. 76]

    (e) Notice of Filing of Plan Supplement (Filed May 31, 2024) [Docket No. 114]

    (f) Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed June 14, 2024) [Docket No. 139]

    (g) Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed June 14, 2024) [Docket No. 140]

    (h) Notice of Filing of Blackline of Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed June 14, 2024) [Docket No. 141]

(i)      Declaration of Adam Waldman in Support of an Order (I) Approving the Disclosure Statement for, and Confirming, the Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief (Filed June 14, 2024) [Docket No. 142]

(j)      Declaration of Thomas Studebaker in Support of an Order (I) Approving the Disclosure Statement for, and Confirming, the Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief (Filed June 14, 2024) [Docket No. 143]

(k)      Declaration of John Burlacu Regarding the Solicitation and Tabulation of Votes on, and Elections to Opt Out of the Third-Party Release of, the Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed June 14, 2024) [Docket No. 144]

(l)      Declaration of Steven Panagos in Support of an Order (I) Approving the Disclosure Statement for, and Confirming, the Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief (Filed June 14, 2024) [Docket No. 145]

(m)      Notice of Filing of Order (I) Approving the Disclosure Statement for, and Confirming, the Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief (Filed June 14, 2024) [Docket No. 146]

(n)      Debtors' Witness and Exhibit List for the Combined Hearing Scheduled for June 17, 2024, at 1:00 P.M. (Prevailing Eastern Time) (Filed June 14, 2024) [Docket No. 148]

(o)      Amended Declaration of Steven Panagos in Support of an Order (I) Approving the Disclosure Statement for, and Confirming, the Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief (Filed June 16, 2024) [Docket No. 149]

(p)      Second Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed June 17, 2024) [Docket No. 150]

    (q)    Notice of Filing of Blackline of Second Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed June 17, 2024) [Docket No. 151]

    (r)    Notice of Filing of Revised Order (I) Approving the Disclosure Statement for, and Confirming, the Second Amended Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code and (II) Granting Related Relief (Filed June 17, 2024) [Docket No. 152]

Objection Deadline:   June 7, 2024, at 4:00 p.m. (prevailing Eastern Time), extended until June 12, 2024, for the U.S. Trustee

Response(s) Received:

    (a)    Informal responses from the U.S. Trustee, Texas Workforce Commission and the Texas Comptroller, and the United States Securities and Exchange Commission

    (b)    United States Trustee's Objection to Joint Prepackaged Plan of Reorganization of Appgate, Inc. and Its Debtor Subsidiaries Pursuant to Chapter 11 of the Bankruptcy Code (Filed June 12, 2024) [Docket No. 124]

Status:   The informal responses from the Texas Workforce Commission and the Texas Comptroller and the United States Securities and Exchange Commission have been resolved by revisions to the proposed plan and confirmation order, which the Debtors intend to file prior to the hearing. This matter is going forward with respect to the objection filed by the U.S. Trustee.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: June 17, 2024<br>Wilmington, Delaware | */s/ Patrick J. Reilley* |

Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:   preilley@coleschotz.com
   snewman@coleschotz.com
   jdougherty@coleschotz.com
   mfitzpatrick@coleschotz.com

-and-

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Christopher Marcus, P.C. (admitted *pro hac vice*)
Derek I. Hunter (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   christopher.marcus@kirkland.com
   derek.hunter@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*