# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 7

CASE NUMBER: 24-10956   CASE NAME: Appgate, Inc.   DATE: 6/17/2024 (1:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Marcus | Kirkland & Ellis | Debtors |
| Derek Hunter | ↓ | ↓ |
| Brian Nakhaimousa | | |
| Maddison Levine | | |
| Nate Felton | | |
| Isabel Gao | | |
| Jennifer Davis | ↓ | |
| Patrick Reilley | Cole Schotz | |
| Stacy Newman | ↓ | |
| Michael Fitzpatrick | ↓ | ↓ |
| Linda Casey | UST | UST |
| Fang Bu | UST | UST |
| Charlie Lin | Greenberg Traurig | Appgate Trustee, LLC |
| Matthew Lunn | YCST | |

Appgate, Inc.
24-10956

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| Zachary | Barbieri | M3 Partners | Magnetar | Video and Audio |
| John | Burlacu | Donlin, Racano & Company, Inc. | Debtors | Video and Audio |
| Scott | Canna | Appgate | Debtors | Video and Audio |
| Joe | Celentino | | SIS Holdings LP | Video and Audio |
| Kimberly | Cohen | Shipman & Goodwin LLP | Interested Party | Video and Audio |
| Simon | Cohen | Kirkland & Ellis LLP | Debtors | Video and Audio |
| Jeremy | Dale | Appgate | Debtors | Video and Audio |
| Michael | Esser | Kirkland & Ellis LLP | Debtors | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Tung-Yu | Liu | Greenberg Traurig, LLP | Appgate Funding, LLC | Video and Audio |
| Dennis | Meloro | Greenberg Traurig, P.A | Appgate Funding | Video and Audio |
| Edmon | Morton | Young Conaway Stargatt & Taylor, LLP | Magnetar Capital, LLC | Video and Audio |
| Steve | Panagos | Appgate | Debtors | Video and Audio |
| Oscar | Pinkas | Greenberg | Appgate Funding, LLC | Video and Audio |
| Rebekah | Presley | | SIS Holdings LP | Video and Audio |
| Rene | Rodriguez | Appgate | Debtors | Video and Audio |
| Laura | Saal | Kirkland & Ellis LLP | Appgate, Inc. | Video and Audio |
| Jason | Seigel | Appgate | Debtors | Video and Audio |
| Michael | Sirota | Cole Schotz P.C. | Debtors | Video and Audio |
| Tom | Studebaker | Appgate | Debtors | Video and Audio |
| Adam | Waldman | Appgate | Debtors | Video and Audio |
| Ben | Zigterman | Law360 | | Audio Only |
| David | Zubkis | | | Audio Only |